**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

Robert Smyth, individually on behalf of himself and all others similarly situated,

                                  Plaintiff,

-against-

COSTCO WHOLESALE CORPORATION

                                  Defendant.

FILED
CLERK
1/14/2021 10:29 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

Case No. 2:20-cv-04247

**Notice of Voluntary Dismissal with Prejudice**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

Date: January 13, 2021

Case closed.
SO ORDERED.
/s/ JMA, USDJ
1/14/2021

Respectfully submitted,

By: */s/ Michael R. Reese*
Michael R. Reese
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel.: (212) 643-0500
*mreese@reesellp.com*

Jason P. Sultzer, Esq.
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel.: (845) 483-7100
*sultzerj@thesultzerlawgroup.com*

*Counsel for Plaintiff*